UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| KAREEM RUSSELL a/k/a "Reem," Defendant | : | No. 10-186-1 |

**O R D E R**

**AND NOW,** this 27th day of September, 2011, upon consideration of Defendant's Motion to Dismiss for Violation of Right to a Speedy Trial (Doc. No. 27), it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge