# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KAREEM RUSSELL** | : | No. 10-186-1 |

# O R D E R

**AND NOW,** this 10th day of April, 2012, upon consideration of Defendant's Motion to Dismiss or in the Alternative to Suppress Reference to a Firearm (Doc. No. 51), and the Government's opposition thereto (Doc. No. 52), it is **ORDERED** that defendant Kareem Russell's Motion is **DENIED** for the reasons stated on the record on April 9, 2012 following an evidentiary hearing.

BY THE COURT:

  /s/ Gene E.K. Pratter  
GENE E.K. PRATTER  
United States District Judge